

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00110-CV

**IN RE GREAT PLAINS MANAGEMENT CORPORATION**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19936
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

The motion to dismiss and motion for attorney's fees filed by appellee Great Plains Management Corporation ("Great Plains") are CARRIED WITH THE APPEAL. Great Plains's motion to stay briefing schedule is DENIED. Great Plains's motion for extension of time to file its brief is GRANTED. It is ORDERED that Great Plains's brief is due on or before August 11, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court